UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DEREK FAN, on behalf of himself and all
others similarly situated,

        *Plaintiffs*,

    -*against*-

PHL VARIABLE LIFE INSURANCE
COMPANY,

        *Defendant.*
-----------------------------------------------------------

ADVANCE TRUST & LIFE ESCROW
SERVICES, LTA AS NOMINEE OF LIFE
PARTNERS POSITION HOLDER TRUST,
and JAMES KENNEY, on behalf of
themselves and all others similarly situated,

        *Plaintiffs*,
    -*against*-

PHL VARIABLE LIFE INSURANCE
COMPANY,

        *Defendant.*
---------------------------------------------------------X

18 Civ. 1288 (PAC)

**ORDER**

18 Civ. 3444 (PAC)

HONORABLE PAUL A. CROTTY, United States District Judge:

On this 29th day of March 2019, the Court considered Plaintiffs Advanced Trust Life Escrow Services, LTA as Nominee of Life Partners Position Holder Trust, and James Kenney's Motion to appoint Susman Godfrey L.L.P. Interim Class Counsel Pursuant to Fed.R.Civ.P. 23(g) in the above-captioned action. Having considered the Motions and all the papers in support of, and in opposition to, the Motion, IT IS HEREBY ORDERED THAT:

1. Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court designates the law firm of Susman Godfrey, L.L.P. as Interim Class Counsel in these actions.

2. Interim Class Counsel shall be generally responsible for coordinating activities during pretrial proceedings and shall:

   a. Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by designee) to the Court and opposing parties the position of Plaintiffs and the proposed Class on all matters arising during pretrial proceedings;

   b. Coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the proposed Class consistent with the requirements of Federal Rule of Civil Procedure 26, including the preparation of documents and the examination of witnesses in depositions;

   c. Conduct settlement negotiations on behalf of Plaintiffs and the proposed Class;

   d. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation; and

   e. Perform such other duties as may be incidental to proper coordination of pretrial activities or authorized by future Order of the Court.

3. This Order shall apply to each related action pending or subsequently filed in or transferred to the United States District Court for the Southern District of New York.

Dated: New York, New York
May 29, 2019

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge