UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2021
```

DEREK FAN, et al.,

              Plaintiffs,

-v.-

PHOENIX LIFE INSURANCE COMPANY, et al.,

              Defendants.

18 Cv. 1288 (MKV)

**ORDER**

MARY KAY VYSKOCIL, District Judge:

      In an Opinion and Order dated May 29, 2019, Judge Crotty consolidated this case with *Advance Trust & Life Escrow Services, LTA v. PHL Variable Life Insurance Co.*, No. 18-cv-3444. This case should have been closed at that time. Nothing has been filed in this action since then. Accordingly, the Clerk of Court respectfully is requested to close this case.

Dated:   September 8, 2021
              New York, New York

                                                    *Mary Kay Vyskocil*
                                               MARY KAY VYSKOCIL
                                               United States District Judge